# EXHIBIT B

Case 11-01290   Doc 3   Filed 09/28/11   Entered 09/28/11 11:58:41   Desc Main
Case 11-10844   Doc 79   Filed 08/15/11   Entered 08/15/11 12:33:01   Desc Main
Document   Page 2 of 24
Document   Page 4 of 26
EXHIBIT A

Page | 1

Volume I
Pages: 1-18
Exhibits: 0

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                          SUPERIOR COURT DEPARTMENT
                                        OF THE TRIAL COURT

*******************************
EDWINA BROOKE-PETIT            *
     Plaintiff                 *
                               *
v.                             *  DOCKET NUMBER MICV2006-04145
                               *
ROBERT SPAGNUOLO               *
     Defendant                 *
                               *
*******************************

                    RULE 69 CONFERENCE
            BEFORE THE HONORABLE DENNIS J. CURRAN

APPEARANCES:

109 Highland Avenue
Needham Heights, Massachusetts 02494
By:  Michael Magerer, Esq.

For the Defendant:
175 Federal Street
Boston, Massachusetts 02110
By:  Robert C. Gabler, Esq.

                         Woburn, Massachusetts
                         August 24, 2010

Recording produced by digital audio recording system. Transcript
produced by Approved Court Transcriber, Donna Holmes

# I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|

Testimony of Mr. Spagnuolo
By the Court, page 3
By Mr. Magerer, page 13

Case 11-01290   Doc 3   Filed 09/28/11   Entered 09/28/11 11:58:41   Desc Main
Case 11-10844   Doc 79   Filed 06/15/11   Entered 06/15/11 12:33:01   Desc Main
Document   Page 6 of 26

Page | 3

```
1                          P R O C E E D I N G S

2     (Court called to order.)

3        THE CLERK: Back on the record, your Honor.

4        THE COURT: All right.

5        All right. Mr. Spagnuolo is here. Ms. Edwina Brooke-Petit

6     is here.

7        All right. We are going to conduct a Rule 69 hearing right

8     now and put Mr. Spagnuolo on the witness stand.

9        Mr. Spagnuolo, would you come up, and we're going to

10    determine what your assets are.

11       THE CLERK: Do I have to swear him in, your Honor?

12       THE COURT: That would be nice.

13                     ROBERT SPAGNUOLO, Sworn

14       THE COURT: Mr. Spagnuolo, good afternoon.

15       MR. SPAGNUOLO: Good afternoon, Judge.

16       THE COURT: We have just seen a jury verdict in the amount

17    of $250,000 against you personally. Did you hear that verdict

18    in Court?

19       MR. SPAGNUOLO: Yes, your Honor.

20       THE COURT: You also heard that there was a -- fraudulent

21    conduct engaged in by you, did you hear that too?

22       MR. SPAGNUOLO: Yes. Yes.

23       THE COURT: All right. And do you know what the interest

24    factor is on this verdict of $250,000?

25       MR. SPAGNUOLO: No.
```

Case 11-01290   Doc 3   Filed 09/28/11   Entered 09/28/11 11:58:41   Desc Main
Case 11-10844   Doc 79   Filed 08/15/11   Entered 08/15/11 12:33:01   Desc Main
Document   Page 7 of 26

Page | 4

```
1        THE COURT: All right. It's forty -- Martha, could you tell

2   Court Officer Mulane to keep it down?

3        THE CLERK: Certainly.

4        THE COURT: It's $112,500 for a total value in this jury

5   verdict so far, $362,000. Do you have that with you? Or do

6   you have assets --

7        MR. SPAGNUOLO: Yeah, I have it in my pocket, your Honor.

8        THE COURT: Ha, ha. All right. How are you going to pay

9   this?

10       MR. SPAGNUOLO: I can't pay it.

11       THE COURT: You can't pay it. Do you have a wallet?

12       MR. SPAGNUOLO: What's that?

13       THE COURT: Do you have a wallet?

14       MR. SPAGNUOLO: No.

15       THE COURT: You don't have a wallet?

16       MR. SPAGNUOLO: No. A wallet?

17       THE COURT: Yes.

18       MR. SPAGNUOLO: No, I don't.

19       THE COURT: What do you have on you, sir?

20       MR. SPAGNUOLO: Nothing.

21       THE COURT: You don't have anything on you? You have no

22   money on you at all? Do you mind standing up, sir?

23       MR. SPAGNUOLO: Yeah.

24       THE COURT: Do you mind opening your pockets?

25       MR. SPAGNUOLO: Yeah, what do you want? My money?
```

Case 11-01290   Doc 3   Filed 09/28/11   Entered 09/28/11 11:58:41   Desc Main
Case 11-10844   Doc 79   Filed 08/15/11   Entered 08/15/11 12:33:01   Desc Main
Document   Page 6 of 24
Document   Page 8 of 26

Page | 5

```
 1        THE COURT: I want you to put on the table what you have got

 2   for money.

 3        MR. SPAGNUOLO: That's what I have.

 4        THE COURT: Is that it?

 5        MR. SPAGNUOLO: That's it, sir.

 6        THE COURT: Okay. Anything else?

 7        MR. SPAGNUOLO: No.

 8        THE COURT: All right. And how much is that?

 9        MR. SPAGNUOLO: I don't know.

10        THE COURT: Okay, less than twenty bucks? Okay. All right.

11   Where are your bank accounts, Mr. Spagnuolo?

12        MR. SPAGNUOLO: What?

13        THE COURT: Your bank accounts.  What bank do you do banking

14   at?

15        MR. SPAGNUOLO: Stoneham Savings.

16        THE COURT: Stoneham Savings. How many banks do you have --

17   bank accounts do you have there?

18        MR. SPAGNUOLO: That's it.

19        THE COURT: Take a seat. Anywhere else?

20        MR. SPAGNUOLO: No.

21        THE COURT: All right. And how many -- you have one bank

22   account there?

23        MR. SPAGNUOLO: Yes.

24        THE COURT: Do you have -- do you have a money market

25   account?
```

**Donna Holmes**
**(781) 575-8000**

Case 11-01290   Doc 3   Filed 09/28/11   Entered 09/28/11 11:58:41   Desc Main
Case 11-10844   Doc 79   Filed 08/15/11   Entered 08/15/11 12:33:01   Desc Main
Document   Page 7 of 24
Document   Page 9 of 26

Page | 6

```
1      MR. SPAGNUOLO: No.

2      THE COURT: Do you have a savings account there?

3      MR. SPAGNUOLO: No.

4      THE COURT: You just have a checking account?

5      MR. SPAGNUOLO: Yes.

6      THE COURT: And what property do you own, real property?

7      MR. SPAGNUOLO: I don't own any property, your Honor.

8      THE COURT: Nothing?

9      MR. SPAGNUOLO: No.

10     THE COURT: Are you a trustee of any property?

11     MR. SPAGNUOLO: I'm a trustee, that's it.

12     THE COURT: All right. Well, why don't you tell me, because

13     we're on the record, and we are under oath, Mr. Spagnuolo.

14     I'd like to know what properties you are a trustee of?

15     MR. SPAGNUOLO: I'm a trustee of Stoneham Trust.

16     THE COURT: Where else?

17     MR. SPAGNUOLO: What's the name of the trust you're talking

18     about?

19     THE COURT: I want to know what real property you have an

20     interest in, either by beneficiary or by being a trustee.

21     MR. SPAGNUOLO: I'm a trustee. That's it.

22     THE COURT: And what property does the Stoneham Trust have

23     an interest in?

24     MR. SPAGNUOLO: What property?  8 Concord Road.

25     THE COURT: 8 Concord Road.
```

Case 11-01290   Doc 3   Filed 09/28/11   Entered 09/28/11 11:58:41   Desc Main
Case 11-10844   Doc 79   Filed 08/15/11   Entered 08/15/11 12:33:01   Desc Main
Document   Page 10 of 26

Page | 7

1    MR. SPAGNUOLO: Yes.

2    THE COURT: What else?

3    MR. SPAGNUOLO: 50 No Margin.

4    THE COURT: 15 what?

5    MR. SPAGNUOLO: 50 No Margin.

6    THE COURT: Could you spell that?

7    MR. SPAGNUOLO: N-O-M-A-R-G-I-N. Street.

8    THE COURT: Nomargin?

9    MR. SPAGNUOLO: North Margin.

10   THE COURT: Oh, North Margin.

11   MR. SPAGNUOLO: Yeah.

12   THE COURT: Okay. And what cities or towns are those two

13   properties in?

14   MR. SPAGNUOLO: Boston, Mass.

15   THE COURT: For 8 Concord Road?

16   MR. SPAGNUOLO: Stoneham, Mass.

17   THE COURT: All right. What -- North Margin, where is that?

18   MR. SPAGNUOLO: In Boston.

19   THE COURT: East Boston or the north end?

20   MR. SPAGNUOLO: No, north end.

21   THE COURT: North end. And what's the assessed value on that

22   property? Come on?

23   MR. SPAGNUOLO: Probably a million.

24   THE COURT: A million. And how about 8 Concord Road? What's

25   the assessed value on that?

1       MR. SPAGNUOLO: Probably 650.

2       THE COURT: 650. Are you a beneficiary of either of these

3    properties?

4       MR. SPAGNUOLO: No.

5       THE COURT: Do you have a trust document?

6       MR. SPAGNUOLO: I don't have it with me.

7       THE COURT: Okay. Are you going to get it for us?

8       MR. SPAGNUOLO: If you want them, I'll get them for you.

9       THE COURT: Yes, this is not an idle question, sir. I want

10   them by tomorrow morning at nine o'clock.

11      Are you a beneficiary of any real estate trust?

12      MR. SPAGNUOLO: No, sir.

13      THE COURT: Are you sure of that?

14      MR. SPAGNUOLO: I'm positive.

15      THE COURT: Okay. What credit cards do you have?

16      MR. SPAGNUOLO: I don't have any at all.

17      THE COURT: No credit cards at all?

18      MR. SPAGNUOLO: I've got American Express.

19      THE COURT: Oh, you do have an American Express.

20      MR. SPAGNUOLO: Yes.

21      THE COURT: So that's a credit card, right? Or a charge card

22   I suppose?

23      MR. SPAGNUOLO: Yeah.

24      THE COURT: All right. Do you have that card with you today?

25      MR. SPAGNUOLO: No.

Case 11-01290   Doc 3   Filed 09/28/11   Entered 09/28/11 11:58:41   Desc Main
Case 11-10844   Doc 79   Filed 08/15/11   Entered 08/15/11 12:33:01   Desc Main
                    Document       Page 12 of 26

Page | 9

```
 1        THE COURT: Is it in your car?

 2        MR. SPAGNUOLO: No, sir.

 3        THE COURT: Did you leave your wallet in your car, sir?

 4        MR. SPAGNUOLO: I never carry a wallet, your Honor.

 5        THE COURT: Okay. All right. You agree to provide your

 6   American Express card number to Mr. Magerer?

 7        MR. SPAGNUOLO: Yes.

 8        THE COURT: Okay. What cars do you have an interest in?

 9        MR. SPAGNUOLO: Cars?

10        THE COURT: Cars.

11        MR. SPAGNUOLO: Driving you mean, driving cars?  Passenger

12   cars?

13        THE COURT: Is there any other kind of car?

14        MR. SPAGNUOLO: Passenger. I got a Navigator.

15        THE COURT: A Navigator.

16        MR. SPAGNUOLO: Yes.

17        THE COURT: Is that a Lincoln Continental?

18        MR. SPAGNUOLO: Yes.

19        THE COURT: A Lincoln. Is it out here in the parking lot?

20        MR. SPAGNUOLO: Yes.

21        THE COURT: Okay. And is there any reason why I shouldn't

22   turn that right over to Ms. Petit-Brooke -- Brooke-Petit?

23        MR. SPAGNUOLO: She can have it if she wants it.

24        THE COURT: All right. Fair enough.

25        MR. SPAGNUOLO: I owe money on it.
```

Case 11-01290   Doc 3   Filed 09/28/11   Entered 09/28/11 11:58:41   Desc Main
Case 11-10844   Doc 79   Filed 06/15/11   Entered 06/15/11 12:33:01   Desc Main
                Document      Page 13 of 26

Page | 10

1    THE COURT: Turn it over to her as soon as you leave the

2    courtroom.  Give her the keys, get your stuff out of it.  It's

3    hers.  Any car loans?

4        MR. SPAGNUOLO: Yes.

5    THE COURT: All right.  Other than the Navigator, any car

6    loans?

7        MR. SPAGNUOLO: A truck loan.

8    THE COURT: A truck loan.  And what is the truck that you

9    own?

10       MR. SPAGNUOLO: It's a Ford.

11   THE COURT: A Ford.  What year is it?

12       MR. SPAGNUOLO: It's a 2007.

13   THE COURT: Is there any lien on it?

14       MR. SPAGNUOLO: Yes.

15   THE COURT: Okay.  Do you want to share with me what the lien

16   is?

17       MR. SPAGNUOLO: I think $20,000.

18   THE COURT: $20,000.  What's the value of it?

19       MR. SPAGNUOLO: Probably $20,000, your Honor.  I don't know.

20   THE COURT: When was the last time you filed Federal taxes?

21       MR. SPAGNUOLO: Last year.

22   THE COURT: Okay.  You're going to get those tax returns to

23   Mr. Magerer for the last five years.

24       MR. SPAGNUOLO: Yes.

25   THE COURT: All right.  Get it?  All right.

Case 11-01290   Doc 3   Filed 09/28/11   Entered 09/28/11 11:58:41   Desc Main
Case 11-10844   Doc 79   Filed 08/15/11   Entered 08/15/11 12:33:01   Desc Main
Document     Page 14 of 26

Page | 11

1      Do you have cable television?

2      MR. SPAGNUOLO: Yes.

3      THE COURT: And who is your carrier?

4      MR. SPAGNUOLO: Comcast.

5      THE COURT: Comcast. And what package do you have?

6      MR. SPAGNUOLO: Standard package.

7      THE COURT: And how much do you pay a month?

8      MR. SPAGNUOLO: Eighty something dollars I think.

9      THE COURT: Eighty a month? Do you have a computer at home?

10     MR. SPAGNUOLO: I don't use it. I do have one though.

11     THE COURT: Okay. What kind is it?

12     MR. SPAGNUOLO: I don't even know.

13     THE COURT: You don't use it at all?

14     MR. SPAGNUOLO: I don't use the computer.

15     THE COURT: Okay. And do you have a cell phone?

16     MR. SPAGNUOLO: Yes.

17     THE COURT: With what company?

18     MR. SPAGNUOLO: Nextel.

19     THE COURT: What's your telephone number, please?

20     MR. SPAGNUOLO: It's not mine though, your Honor.

21     THE COURT: What is the telephone number that you use when

22     you --

23       MR. SPAGNUOLO: 781-589-6141.

24     THE COURT: All right. Is there any other real property that

25     you have an interest in of any kind either --

Case 11-01290   Doc 3   Filed 09/28/11   Entered 09/28/11 11:58:41   Desc Main
Case 11-10844   Doc 79   Filed 08/15/11   Entered 08/15/11 12:33:01   Desc Main
Document   Page 15 of 26

Page | 12

```
1        MR. SPAGNUOLO: I have no interest in none of them.  No.

2        THE COURT: As a trustee of Stoneham Trust, you don't -- and

3    other than those two properties, real -- 8 Concord Road in

4    Stoneham, and 5 North Margin in the north end, no other

5    properties that your --

6        MR. SPAGNUOLO: 52 Beech Street Account Trust.

7        THE COURT: 52 what?

8        MR. SPAGNUOLO: Beech Street.

9        THE COURT: B-E-E-C-H?

10       MR. SPAGNUOLO: Yes.

11       THE COURT: And where is that?

12       MR. SPAGNUOLO: That's in Wareham.

13       THE COURT: Wareham.  And what property does that trust own?

14       MR. SPAGNUOLO: Say that again, sir?

15       THE COURT: What property does that trust own? Is there a

16   trust on that or is it --

17       MR. SPAGNUOLO: It's a trust.

18       THE COURT: And what's the name of the trust, 52 Beech

19   Street?

20       MR. SPAGNUOLO: I'm pretty sure, yes.

21       THE COURT: And is there a trust document on that?

22       MR. SPAGNUOLO: Yes.

23       THE COURT: And are you beneficiary of that as well?

24       MR. SPAGNUOLO: No.

25       THE COURT: Okay. Are you beneficiary of any trust?
```

Case 11-01290   Doc 3   Filed 09/28/11   Entered 09/28/11 11:58:41   Desc Main
Case 11-10844   Doc 79   Filed 08/15/11   Entered 08/15/11 12:33:01   Desc Main
                          Document      Page 16 of 26

Page | 13

1    MR. SPAGNUOLO: No.

2    THE COURT: Is there any other trust that's been established

3    for your benefit?

4    MR. SPAGNUOLO: No.

5    THE COURT: Any other trust in which you have an interest?

6    MR. SPAGNUOLO: No.

7    THE COURT: Okay. All right.

8    Mr. Magerer, any questions?  This is the first of a series

9    probably of depositions as to assets.  Understood?

10   MR. MAGERER: Yes, Judge.

11   THE COURT: This is just the beginning round, okay.  So

12   don't feel constrained, but we need to establish what -- what

13   Mr. Spagnuolo is going to do to satisfy this judgment.

14   Go ahead.

15   MR. MAGERER: Should I address Mr. Spagnuolo, your Honor?

16   **EXAMINATION OF ROBERT SPAGNUOLO**

17   **BY MR. MAGERER:**

18   MR. MAGERER: Mr. Spagnuolo, do you currently have any

19   investments in the form of securities or stocks or bonds?

20   MR. SPAGNUOLO: No.

21   MR. MAGERER: And do you currently own or maintain any

22   collections such as coin collections, gun collections, stamp

23   collections, or anything of value such as that?

24   MR. SPAGNUOLO: No.

25   MR. MAGERER: And do you have -- do you currently have any

Case 11-01290   Doc 3   Filed 09/28/11   Entered 09/28/11 11:58:41   Desc Main
Case 11-10844   Doc 79   Filed 08/15/11   Entered 08/15/11 12:33:01   Desc Main
Document   Page 17 of 26

Page | 14

1    ownership interest meaning owning any stock or any units in

2    what might be referred to as a corporation or an LLC, a

3    limited liability company, or any type of limited partnership

4    or partnership?

5        MR. SPAGNUOLO: No. I have my own liability company. My

6    company is an LLC.

7        MR. MAGERER: And what's the name of your LLC?

8        MR. SPAGNUOLO: Spagnuolo Construction LLC.

9        MR. MAGERER: And, Mr. Spagnuolo, do you have any

10   investments outside of the country, whether that be real

11   estate or any other type of personal property or assets?

12       MR. SPAGNUOLO: No.

13       MR. MAGERER: Your Honor, at this time, other than the other

14   basic questions that you asked, off the top of my head, I'm

15   not sure what else I can ask that would be --

16       THE COURT: All right. So, this is what I'm looking for.

17   Mr. Spagnuolo will turn the keys over to that Lincoln

18   Navigator and he can get a ride with -- with counsel or some

19   other means of getting home tonight. But that Navigator is

20   turned over forthwith, understood?

21       MR. SPAGNUOLO: I don't own it, your Honor.

22       THE COURT: Fair enough. Then just turn it over.

23       MR. SPAGNUOLO: I will, but I don't own it.

24       THE COURT: Who owns it?

25       MR. SPAGNUOLO: The bank owns it.

Case 11-01290   Doc 3   Filed 09/28/11   Entered 09/28/11 11:58:41   Desc Main
Case 11-10844   Doc 79   Filed 08/15/11   Entered 08/15/11 12:33:01   Desc Main
Document     Page 18 of 26

Page | 15

1       THE COURT: Turn it over, we'll figure it out.

2       MR. SPAGNUOLO: All right.

3       THE COURT: I -- I want to see a writ of attachment as to

4    any personal property that Mr. Spagnuolo has, and any trustee

5    process as to any bank accounts that he's got.

6       I also want to see five years of tax returns turned over to

7    Mr. -- Mr. Magerer by the end of the week.

8       If there are any other assets that you can think of that

9    you, you know, that you may have forgotten this afternoon, I

10   am going to order that you promptly notify Mr. Magerer through

11   counsel. Understood?

12      MR. SPAGNUOLO: Yes.

13      THE COURT: Okay. Okay, because we want this judgment

14   satisfied. We don't want people, you know, walking away from

15   them and thinking that because, you know, they could declare

16   bankruptcy, or some people think that they could, they're

17   going to get away from it.  But this is a fraudulent finding

18   by the jury, do you understand that?

19      MR. SPAGNUOLO: Yes.

20      THE COURT: It's not protected by bankruptcy. Are we all on

21   the same page?

22      MR. SPAGNUOLO: Yes.

23      THE COURT: Okay. Very good.

24      Mr. Magerer, I would suggest that you proceed with counsel

25   to get a date for Mr. -- a continued deposition of Mr. -- Mr.

Case 11-01290   Doc 3   Filed 09/28/11   Entered 09/28/11 11:58:41   Desc Main
Case 11-10844   Doc 79   Filed 08/15/11   Entered 08/15/11 12:33:01   Desc Main
                        Document      Page 19 of 26

Page | 16

1    Spagnuolo. Okay.

2      MR. MAGERER: I will do that, your Honor.

3      Your Honor, may I ask a question on the 93A finding in

4    terms of submitting to you a request for attorney's fees. May

5    I have a week or so to do that?

6      THE COURT: They found no -- let's -- let's -- I would focus

7    on the collection aspects before you start talking about the

8    money. You're not going to get any -- if you put your -- do

9    whatever you want. Yeah, you can have a month, I don't care.

10   But I would focus on the collection efforts and forget about

11   the 93A for the time being.

12     MR. MAGERER: I will take --

13     THE COURT: Because there is going to be nothing left by the

14   time you get around to drafting your 93A Petition.

15     MR. MAGERER: I will take your advice, your Honor.

16     THE COURT: All right. Do whatever you want.

17     Mr. Spagnuolo, thank you very much.

18     Mr. Gabler, it's been a pleasure to work with both of you.

19     MR. GABLER:  Thank you.

20     Your Honor, may I just get clarification on one thing.  You

21   said turn over trust documents.  Did you say by nine o'clock

22   tomorrow morning?

23     THE COURT: No, no, no, no. I'll give him to the end of the

24   week on the trust documents.

25     MR. GABLER: And would they -- they would go to Mr. Magerer?

Case 11-01290   Doc 3   Filed 09/28/11   Entered 09/28/11 11:58:41   Desc Main
Case 11-10844   Doc 79   Filed 08/15/11   Entered 08/15/11 12:33:01   Desc Main
Document   Page 20 of 26

Page | 17

1      THE COURT: They go to you through -- to -- to you -- to

2    him through you. Okay.

3      MR. GABLER:  To Mr. Magerer through me.

4      THE COURT: Right. Any bank accounts, any tax returns for

5    the last five years, any mortgage applications, any car loans,

6    any car registrations, any photocopies of credit or charge

7    cards, American Express or for whatever, they go back to Mr.

8    Magerer as soon as possible.  And trust documents as well. And

9    in the meantime, I'm making a specific order, clear and

10    unequivocal, so that everybody understands, Mr. Spagnuolo was

11    not to make one, not one cent of transfer from any bank

12    account, credit charge, or any sort of depository in which he

13    has an interest until further order of the Court. If he does,

14    he's in violation of this order. Okay. Until we can sort this

15    out.

16      Thank you very much.

17      MR. MAGERER: Thank you, your Honor.

18

19

20

21

22

23

24

25                         (Adjourned)



**The Commonwealth of Massachusetts**
**ADMINISTRATIVE OFFICE OF THE TRIAL COURT**
**Office of Transcription Services (OTS)**
Two Center Plaza
Boston, Massachusetts 02108

## AUDIO ASSESSMENT FORM (AAF)

*Approved Court Transcriber: Complete one (1) Audio Assessment Form (AAF) for each volume of transcript, attach the original AAF to the next to last page of each volume of transcript, and FAX a copy of the AAF to OTS at 617-878-0762.*

**TODAY'S DATE:** 9/7/10   **TRANSCRIBER NAME:** Donna Holmes

**CASE NAME:** Brave-Petr v. Spagnuolo   **DOCKET NO.:** MICV2006-04145

**JUDGE:** Dennis J. Curran   **RECORDING DATE:** 8-24-10

**TRANSCRIPT VOLUME:** 1 OF 1

**QUALITY OF AUDIO:**
(check one)
☑ excellent   ☐ good   ☐ fair   ☐poor

**TYPE OF AUDIO:**
(check one)
☑ CD   ☐ TAPE

**TIME STAMP or INDEX NUMBER**

(check all that apply)
☐ background noise

☑ low audio

☐ low audio at sidebar

☐ simultaneous speech

☐ speaking away from microphone

☐ _____

☐ _____

☐ _____

☐ _____

**COMMENTS:** _____

Case 11-01290   Doc 3   Filed 09/28/11   Entered 09/28/11 11:58:41   Desc Main
Case 11-10844   Doc 79   Filed 08/15/11   Entered 08/15/11 12:33:01   Desc Main
                Document      Page 20 of 24
                Document      Page 22 of 26

Page | 18

## Certificate of Accuracy

I, Donna Holmes, an Approved Court Transcriber, do hereby certify that the foregoing is a true and accurate transcript of the audio recording provided to me by the Middlesex County Superior Court regarding proceedings in the above-entitled matter.

I, Donna Holmes, further certify that the foregoing is in compliance with the Administrative Office of the Trial Court Directive on Transcript Format.

I, Donna Holmes, further certify that I neither am counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

_____
Donna Holmes

Donna Holmes
Digitally signed by Donna Holmes
DN: cn=Donna Holmes, o, ou, email=donna-holmes@comcast.net, c=US
Date: 2010.09.04 16:30:21 -04'00'

9/7/10
Date

45 Oxbow Road, Canton, MA 02021

(781) 575-8000

Donna-holmes@comcast.net

**Donna Holmes**
**(781) 575-8000**

**$**

$112,500 [1] 4:4
$20,000 [3] 10:17,18,19
$250,000 [3] 3:17,24
$362,000 [1] 4:5

**0**

02021 [1] 18:45

**1**

15 [1] 7:4

**2**

2007 [1] 10:12

**5**

5 [1] 12:4
50 [2] 7:3,5
52 [3] 12:6,7,18

**6**

650 [2] 8:1,2
69 [1] 3:7

**7**

781-589-8141 [1] 11:23

**8**

8 [5] 6:24,25 7:15,24 12:3

**9**

93a [3] 18:3,11,14

**A**

a [57] 3:7,16,20 4:4,11,13,15,16 5:
19,24 6:2,4,10,11,14,15,20,21 7:
23,24 8:2,5,11,21,21 9:4,14,15,17
19 10:7,8,10,11,12 11:7,9,9,15 12:
2,15,17,21 13:8 14:2,2,18 15:3,17,
25,25 16:3,4,5,9,18 17:9
about [4] 6:18 7:24 16:7,10
account [6] 6:22,25 6:2,4 12:6 17:
12
accounts [5] 5:11,13,17 16:5 17:4
address [1] 13:15
adjourned [1] 17:25
advice [1] 16:15
afternoon [3] 3:14,15 16:9
again [1] 12:14
against [1] 3:17
agree [1] 9:5
ahead [1] 13:14
all [27] 3:4,5,7,23 4:1,8,22 5:8,10,
21 6:12 7:17 8:16,17,24 9:5,24 10:
5,25,25 11:13,24 13:7 14:16 15:2,
20 16:16
also [2] 3:20 16:6
am [1] 18:10
american [4] 8:18,19 9:6 17:7
amount [1] 3:16
an [10] 8:19,23 8:9,19 9:8 11:25 13:
5 14:2,6 17:13
and [35] 3:8,9,23 5:8,21 6:6,13,22
7:12,21,24 9:21 10:8 11:3,5,7,15
12:2,4,11,13,18,21,23 13:21,25 14:
7,9,18 15:4,15 16:10,25 17:8,8,9

**B**

any [36] 6:7,10 8:11,16 9:13,21 10:
3,5,13 11:24,25 12:25 13:2,5,8,16,
21,25 14:1,1,3,9,11 15:4,4,5,8 16:
8 17:4,4,5,5,6,6,11,12
anything [3] 4:21 6:8 13:23
anywhere [1] 5:19
applications [1] 17:5
are [16] 3:7,10 4:6 5:11 6:10,13,14
7:12 8:2,7,11,13 12:23,25 15:8,20
around [1] 16:14
as [13] 10:1,1 12:2,23 13:9,22,23
14:2 15:3,5,17:8,8,8.
ask [2] 14:15 16:3
asked [1] 14:14
aspects [1] 16:7
assessed [2] 7:21,25
assets [5] 3:10 4:6 13:9 14:11 15:
8
at [5] 4:22 5:14 8:10,16,17 11:9,13
14:13
attachment [1] 15:3
attorney's [1] 16:4
away [1] 18:14,17

**B**

b-e-e-c-h [1] 12:9
back [2] 3:3 17:7
bank [5] 5:11,13,13,17,21 14:25 15:
5 17:4,11
banking [1] 5:13
bankruptcy [2] 16:16,20
banks [1] 5:16
basic [1] 14:14
be [5] 3:12 14:2,10,15 16:13
because [4] 6:12 15:13,15 16:13
beech [3] 12:6,8,18
been [2] 13:2 16:18
before [1] 16:7
beginning [1] 13:11
being [2] 6:20 16:11
beneficiary [5] 6:20 8:2,11 12:23,
25
benefit [1] 13:3
bonds [1] 13:19
boston [2] 17:14,18,19
both [1] 16:18
brooke-petit [2] 3:5 9:22
bucks [1] 5:10
but [5] 13:12 14:19,23 15:17 16:10
by [10] 3:21 6:20,20 8:10 13:17 15:
7,18,20 16:13,21
**C**

c [1] 3:1
cable [1] 11:1
called [1] 3:2
can [6] 9:23 14:15,16 15:8 16:9 17:
14
can't [2] 4:10,11
canton [1] 18:45
car [7] 9:1,3,13 10:3,5 17:5,6
card [4] 8:21,21,24 9:6
cards [2] 8:15,17 17:7
care [1] 16:9

**C**

carrier [1] 11:3
carry [1] 9:4
cars [2] 9:8,9,10,11,12
cell [1] 11:15
cent [1] 17:11
certainly [1] 4:3
charge [3] 8:21 17:6,12
checking [1] 6:4
cities [1] 17:12
clarification [1] 16:20
clear [1] 17:9
clerk [3] 3:3,11 4:3
coin [1] 13:22
collection [2] 16:7,10
collections [4] 13:22,22,22,23
comcast [2] 11:4,5
come [1] 3:9 7:22
company [4] 11:17 14:3,5,6
computer [2] 11:9,14
concord [5] 6:24,25 7:15,24 12:3
conduct [2] 3:7,21
constrained [1] 13:12
construction [1] 14:6
continental [1] 9:17
continued [1] 16:25
corporation [1] 14:2
could [4] 4:1 7:6 16:15,16
counsel [3] 14:16 16:11,24
country [1] 14:10
court [12] 3:2,4,12,14,16,18,20,23
4:1,2,4,8,11,13,15,17,19,21,24 5:1,
4,6,8,10,13,18,19,21,24 6:2,4,6,8,
10,12,16,19,22,25 7:2,4,6,8,10,12,
15,17,19,21,24 8:2,5,7,9,13,15,17,
19,21,24 9:1,3,5,8,10,13,15,19,21,
21,24 10:1,5,8,11,13,15,18,20,22,
25 11:3,5,7,9,11,13,15,17,19,21,
24 12:2,7,9,11,13,15,18,21,23,25
13:2,5,7,11 14:16,22,24 16:1,3,13,
20,23 16:3,16,23 17:1,4,4,13
courtroom [1] 10:2
credit [6] 8:15,17,21 17:6,12
currently [3] 13:16,21,25

**D**

d [1] 3:1
date [1] 18:25
declare [1] 16:15
deposition [1] 18:25
depositions [1] 13:9
depository [1] 17:12
determine [1] 3:10
did [4] 3:17,21 9:3 16:21
do [41] 3:11,23 4:5,5,11,13,19,22,
24,25 5:13,13,16,17,24,24 8:2,5 8:
5,15,19,24 9:8 10:15 11:1,5,7,9,10,
15 13:13,18,21,25,25 14:9 15:18
16:2,5,8,16
document [2] 8:5 12:21
documents [3] 16:21,24 17:8
does [4] 8:22 12:13,15 17:13
dollars [1] 11:8
don't [19] 4:15,18,21 8:9 6:7,12 8:
6,16 10:18 11:10,12,13,14 12:2

13:12 14:21,23 16:14 16:9
down [1] 14:2
drafting [1] 16:14
driving [2] 9:11,11

**E**

e [2] 3:1,1
east [1] 7:19
edwina [1] 3:5
efforts [1] 18:10
eighty [1] 11:8,9
either [3] 6:20 8:21 11:25
else [5] 6:6,19 6:16 7:2 14:15
end [6] 7:19,20,21 12:4 15:7 18:23
engaged [1] 3:21
enough [2] 9:24 14:22
establish [1] 13:12
established [1] 13:2
estate [2] 8:11 14:11
even [1] 11:12
everybody [1] 17:10
examination [1] 16:10
express [4] 8:18,19 9:6 17:7

**F**

factor [1] 3:24
fair [2] 9:24 14:22
far [1] 14:5
federal [1] 10:20
feel [1] 13:12
fees [1] 16:4
figure [1] 16:1
filed [1] 10:20
finding [2] 16:17 16:3
first [1] 13:8
five [1] 10:23 15:6 17:5
focus [2] 16:6,10
for [5] 4:4 5:2 7:15 8:7,8 10:23 13:
3 14:16 16:25 16:4,11 17:4,7
ford [2] 10:10,11
forget [1] 16:10
forgotten [1] 16:9
form [1] 13:19
forthwith [1] 14:20
forty [1] 14:1
found [1] 16:6
fraudulent [2] 3:20 16:17
from [5] 16:14,17 17:11
further [1] 17:13

**G**

g [1] 3:1
gabler [4] 16:18,19,25 17:3
get [1] 8:7,8 10:2,22,25 14:18 15:
17,25 16:8,14,20
getting [1] 14:19
give [2] 10:2 16:23
go [4] 13:14 16:25 17:1,7
going [10] 3:7,9 4:8 8:7 10:22 13:
13 16:10,17 16:8,13
good [3] 3:14,15 16:23
got [4] 6:1 9:18 9:14 16:5
gun [1] 13:22

**H**

| | | | |
|---|---|---|---|
| ha [2] 4:8,8 | **L** | **N** | p [1] 3:1 |
| has [2] 15:4 17:13 | | | package [2] 11:5,6 |
| have [46] 3:11,16 4:5,6,7,11,13,16, | last [4] 10:20,21,23 17:5 | n [1] 3:1 | page [1] 15:21 |
| 19,21,21 5:1,3,16,17,21,24,24 6:2, | leave [2] 9:3 10:1 | n-o-m-a-r-g-i-n [1] 7:7 | parking [1] 10:9 |
| 4,19,22 8:5,6,15,16,19,24 9:8,23 | left [1] 16:13 | name [3] 6:17 12:18 14:7 | partnership [2] 14:3,4 |
| 11:1,5,9,10,15,25 12:1 13:5,18,25, | less [1] 5:10 | navigator [6] 9:14,15 10:5 14:18, | passenger [2] 9:11,14 |
| 25 14:5,9 15:9 16:5,9 | let's [2] 16:6,6 | 19 | pay [4] 4:9,10,11 11:7 |
| he [3] 14:18 17:12,13 | liability [4] 14:3,5 | need [1] 13:12 | people [2] 15:14,16 |
| he's [2] 15:5 17:14 | lien [3] 10:13,15 | never [1] 9:4 | personal [2] 14:11 15:4 |
| head [1] 14:14 | like [1] 16:6 | nextel [1] 11:18 | personally [1] 3:17 |
| hear [2] 3:17,21 | limited [2] 14:3,3 | nice [1] 3:12 | petit-brooke [1] 9:22 |
| heard [1] 3:20 | lincoln [3] 9:17,19 14:17 | nine [2] 8:10 16:21 | petition [1] 15:14 |
| hearing [1] 3:7 | lic [4] 14:2,6,7,8 | no [34] 3:25 4:14,16,18,21 5:7,20 6: | phone [1] 11:15 |
| her [2] 10:1,2 | loan [2] 10:7,8 | 1,3,9 7:3,5,20 8:4,12,17,25 9:2 12: | photocopies [1] 17:6 |
| here [3] 5:5,6 9:19 | loans [3] 10:3,6 17:5 | 1,1,4,24 13:1,4,6,20,24 14:5,12 15: | please [1] 11:19 |
| hers [1] 10:3 | looking [1] 14:16 | 6,23,23,23,23 | pleasure [1] 16:18 |
| him [3] 3:11 16:23 17:2 | lot [1] 9:19 | nomargin [1] 7:8 | pocket [1] 4:7 |
| home [2] 11:9 14:19 | **M** | none [1] 12:1 | pockets [1] 4:24 |
| honor [16] 3:3,11,19 4:7 6:7 9:4 10: | | north [4] 7:9,10,17,19,20,21 12:4,4 | positive [1] 8:14 |
| 19 11:20 13:15 14:13,21 16:2,3, | ma [1] 18:45 | not [18] 9:11 20 14:15 15:20 16:8 | possible [1] 17:8 |
| 15,20 17:17 | magerer [22] 9:6 10:23 13:8,10,15, | 17:11,11 | pretty [1] 12:20 |
| how [6] 4:8 5:8,16,21 7:24 11:7 | 17,18,21,25 14:7,9,13 16:7,10,24 | nothing [4] 4:20 6:8 16:13 | probably [4] 7:23 8:1 10:19 13:9 |
| **I** | 16:2,12,15,25 17:3,8,17 | notify [1] 15:10 | proceed [1] 15:24 |
| | maintain [1] 13:21 | now [1] 3:8 | process [1] 15:16 |
| I [46] 3:1,11 4:7,10,18 5:1,3,9 6:7, | make [1] 17:11 | number [2] 9:6 11:19,21 | promptly [1] 15:10 |
| 19 8:6,9,16,22 9:4,14,21,25 10:17, | making [1] 17:9 | **O** | properties [5] 6:14 7:13 8:3 12:3, |
| 19 11:8,10,10,12,14 12:1 13:15 | many [2] 8:16,21 | | 5 |
| 14:5,15,21,23,23 15:3,3,8,9,24 16: | margin [4] 7:3,5,9,10,17 12:4 | o [1] 3:1 | property [13] 6:6,6,7,10,19,22,24 |
| 2,3,5,6,9,10,12,15,20 | market [1] 5:24 | o'clock [2] 8:10 16:21 | 7:22 11:24 12:13,15 14:11 15:4 |
| I'd [1] 6:14 | martha [1] 4:1 | oath [1] 6:13 | protected [1] 15:20 |
| I'll [2] 8:8 16:23 | mass [2] 7:14,16 | of [43] 3:17,24 6:10,14,15,17 8:2,2, | provide [1] 9:5 |
| I'm [4] 6:11,15,21 8:14 12:20 14:14, | may [4] 15:9 16:3,4,20 | 11,13 9:13 10:2,18 11:25 12:1,2, | put [3] 3:8 5:1 16:8 |
| 16 17:9 | me [4] 6:12 8:6 10:15 17:3 | 18,23,25 13:8,9,16,19,23 14:3,7, | |
| I've [1] 8:16 | mean [1] 9:11 | 10,11,14,19 15:3,6,7,8,25 16:4,16, | **Q** |
| idle [1] 8:9 | meaning [1] 14:1 | 23 17:6,11,12,13,14 | question [2] 8:9 16:3 |
| if [5] 8:8 9:23 15:8 16:8 17:13 | means [1] 14:19 | off [1] 14:14 | questions [2] 13:8 14:14 |
| in [26] 3:11,16,18,21 4:4,7 6:20,23 | meantime [1] 17:9 | officer [1] 14:2 | **R** |
| 7:13,18 9:1,3,8,19 11:25 12:1,3,4, | might [1] 14:2 | oh [2] 7:10 8:19 | |
| 12 13:5,19 14:1 16:3 17:9,12,14 | million [2] 7:23,24 | okay [52] 5:6,10,10 7:12 8:7,15 9:5, | r [1] 3:1 |
| interest [4] 3:23 6:20,23 9:8 11:25 | mind [2] 4:22,24 | 8,21 10:15,22 11:11,15 12:25 13: | real [6] 6:6,19 8:11 11:24 12:3 14: |
| 12:1 13:5 14:1 17:13 | mine [1] 11:20 | 7,11 15:13,13,23 16:1 17:2,14 | 10 |
| investments [2] 13:19 14:10 | money [6] 4:22,25 5:2,24 9:25 16: | on [21] 3:3,8,24 4:19,21,22 5:1 6: | reason [1] 9:21 |
| is [33] 3:5,6,24 5:4,8 7:17 8:9 9:1, | 8 | 13 7:21,22,25 9:25 10:13 12:16, | record [2] 3:3 6:13 |
| 13,17,19,21 10:8,11,13,16 11:3,11, | month [3] 11:7,9 16:9 | 21 15:20 16:3,7,10,20,24 | referred [1] 14:2 |
| 21,24 12:11,15,16,21 13:2,8,11,13 | morning [2] 8:10 16:22 | one [5] 8:21 11:10 16:20 17:11,11 | registrations [1] 17:6 |
| 14:5,16,19 15:17 16:13 | mortgage [1] 17:5 | opening [1] 14:24 | request [1] 16:4 |
| it [34] 4:2,7,10,11 5:4,5,18 6:11,21 | mr [154] 3:5,8,9,14,15,19,22,25 4:7, | or [32] 4:5 6:20 7:12,19 8:21 12:16 | returns [1] 10:22 15:6 17:4 |
| 8:6,7 9:1,19,23,23,25 10:1,2,11,13 | 10,12,14,16,18,20,23,25 5:3,5,7,9, | 13:19,19,21,23 14:1,2,3,4,11,11, | ride [1] 14:18 |
| 18,25 11:10,11,13 12:16 14:21,22, | 11,12,15,18,20,23 6:1,3,5,7,9,11, | 18 15:16 16:5 17:6,7,12 | right [26] 3:4,5,7,7,23 4:1,8 5:8,10, |
| 23,24,25 15:1,1,17 | 13,15,17,21,24 7:1,3,5,7,8,11,14, | order [5] 3:2 15:10 17:9,13,14 | 21 6:12 7:17 8:21,24 9:5,22,24 10: |
| it's [9] 4:1,4 10:2,10,12 11:20 12: | 16,18,20,23 8:1,4,6,8,12,14,16,18, | other [12] 9:13 10:5 11:24 12:3,4 | 5,25,25 11:24 13:7 14:16 15:2 16: |
| 17 15:20 16:18 | 20,23,25 9:2,4,6,7,9,11,14,16,18, | 13:2,5 14:11,13,13,19 15:8 | 16 17:4 |
| **J** | 20,23,25 10:4,7,10,12,14,17,19,21, | out [6] 9:19 10:2 16:1 17:15 | road [6] 6:24,25 7:15,24 12:3 16: |
| | 23,24 11:2,4,6,8,10,12,14,16,18, | outside [1] 14:10 | 45 |
| judge [2] 3:15 13:10 | 20,23 12:1,6,8,10,12,14,17,20,22, | over [6] 9:22 10:1 14:17,20,22 15: | robert [2] 3:13 13:16 |
| judgment [2] 13:13 15:13 | 24 13:1,4,6,8,10,13,15,15,17,18, | 1,6 18:21 | round [1] 13:11 |
| jury [2] 3:16 4:4 15:18 | 18,20,21,24,25 14:5,7,8,9,8,12,13, | owe [1] 9:25 | rule [1] 3:7 |
| just [3] 3:16 6:4 13:11 14:22 16:20 | 17,21,23,25 15:2,4,7,7,10,10,19, | own [6] 6:5,7 10:9 12:13,15 13:21 | **S** |
| **K** | 22,24,25,25,25 16:2,12,15,17,18, | 14:5,21,23 | |
| | 19,25,25 17:3,3,7,10,17 | ownership [1] 14:1 | s [1] 3:1 |
| keep [1] 14:2 | ms [3] 3:5 9:22 | owning [1] 14:1 | said [1] 16:21 |
| keys [2] 10:2 14:17 | much [4] 5:8 11:7 16:17 17:16 | owns [2] 14:24,25 | same [1] 16:21 |
| kind [3] 9:13 11:11,25 | mulane [1] 4:2 | oxbow [1] 18:45 | satisfied [1] 15:14 |
| know [9] 3:23 5:9 6:14,19 10:19 | my [5] 4:7,25 14:5,5,14 | **P** | satisfy [1] 13:13 |
| 11:12 15:9,14,15 | | | savings [3] 8:15,16 6:2 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | CHAPTER 7 |
| ROBERT E. SPAGNUOLO, JR., | ) | CASE NO. 11-10844-JNF |
| DEBTOR | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion for Relief from Stay was day sent, by first class mail, postage prepaid or through the Court's ECF system to the following and those on the attached list.

John Aquino, Esq.
Anderson Aquino, LLP
240 Lewis Wharf
Boston, MA 02110

Signed under the penalties of perjury this 15th day of August 2011.

/s/ Herbert Weinberg
Herbert Weinberg (BBO #550415)
Rosenberg & Weinberg
805 Turnpike Street
North Andover, MA 01845
(978) 683-2479
hweinberg@jrhwlaw.com

U.S. Trustee's Office
John W. McCormack Building
5 Post Office Square
Boston, MA 02109

Laurel E. Bretta, Esq.
Bretta & Grimaldi, PA
19 Mystic Avenue
Medford, MA 02155

Robert Spagnuolo
50 North main Street
Boston, MA 02113

Robert Spagnuolo
113 Endicott Street, Unit 1
Boston, MA 02113

John Aquino, Esq.
Anderson Aquino, LLP
240 Lewis Wharf
Boston, MA 02113

Recovery Management Systems Corp.
25 SE 2nd Avenue, Ste. 1120
Miami, FL 33131

Robert Coviello, Assignee, MSA
Mortgage, LLC
4 Thatcher Street
Boston, MA 02113

Ariana Spagnuolo
50 North Main Street
Boston, MA 02113

Stoneham Savings Bank
359 Main Street
Stoneham, MA 02180

Century Bank & Trust Co.
134 Cambridge Street
Burlington, MA 01801

Workers Credit Union
815 Main Street
Fitchburg, 01420

Andrea Spagnuolo
50 North Main Street
Boston, MA 02113

Laurel E. Bretta, Esq.
Bretta & Grimaldi, PA
19 Mystic Avenue
Medford, MA 02155

John D. Leone, Esq.
Leone & Leone
637 Massachusetts Avenue
Arlington, MA 02476