EXHIBIT C

**COMMONWEALTH OF MASSACHUSETTS**
**THE SUPERIOR COURT**

MIDDLESEX, ss. CIVIL ACTION NO.: 06-CV-4145-F

EDWINA BROOKE-PETIT,
Plaintiff,

v.

ROBERT SPAGNUOLO,
Defendant.

# SPECIAL JURY VERDICT SLIP

**Breach of Contract**

1. Did the Plaintiff and Defendant enter into an oral or written agreement/contract, pursuant to which the Defendant agreed to provide remodeling and construction services, materials, and supplies (collectively referred to hereafter as the "services") and the Plaintiff agreed to pay for those services as they were provided?

Yes ✓ No ____

(If your answer to Question 1 is "Yes," go to Question 2. If your answer to Question 1 is "No," go to Question 3.)

2. Did the Defendant breach the oral or written agreement/contract with the Plaintiff by failing to provide the services contracted for or by overcharging the Plaintiff?

Yes ✓ No ____

(Please proceed to Question 3.)

**Fraud**

3. Did the Defendant commit fraud, deceit, and/or misrepresentation by any means, in connection with the services provided by the Defendant to the Plaintiff?

Yes ✓ No ____

(Please proceed to Question 4.)

**G.L. c. 142A**

4. Did the Defendant violate Massachusetts General Laws, Chapter 142A, regarding the regulation of home improvement contractors, by any means, in connection with the services provided by the Defendant to the Plaintiff?

Yes ✓ No ____

(Please proceed to Question 5.)

**Damages (as to Questions 1-4)**

5. What amount of money would fully and fairly compensate the Plaintiff for any injury and/or damage she has sustained because of the Defendant's conduct, based on your answers to Questions 1 through 4.

$ 250,000
Amount in Figures

Two Hundred Fifty Thousand and 00/100 Dollars.
Amount in Words

(If your answer to Question 4 is "yes," you <u>must</u> find that there was a violation of Massachusetts General Laws, Chapter 93A and proceed to Question 7. If your answer to Question 4 is "no," please proceed to Question 6.)

<u>G.L. c. 93A, §9</u>

6. (a) Did the Plaintiff send an adequate demand letter to the Defendant at least 30 days before November 20, 2006?

Yes ______ No ______

(If your answer to Question 6(a) is "Yes," proceed to Question 6(b). If your answer to Question 6(a) is "No," STOP HERE, sign this Verdict Slip, and return to the courtroom.)

(b) Was the Defendant engaged in trade or commerce when he entered into an agreement with the Plaintiff to provide remodeling and construction services, materials, and supplies (collectively referred to hereafter as the "services") to the Plaintiff and/or was the Defendant engaged in trade or commerce in the course of providing and performing any such services for the Plaintiff?

Yes ______ No ______

(If your answer to Question 6(b) is "Yes," go to Question 6(c). If your answer to Question 6(b) is "No," STOP HERE, sign this Verdict Slip, and return to the courtroom.)

(c) Did the Defendant act unfairly or deceptively when he entered into an agreement with the Plaintiff to provide the

services to Plaintiff and/or did the Defendant act unfairly or deceptively in the course of providing and performing any such services for the Plaintiff?

Yes _____ No _____

(If your answer to Question 6(c) is "Yes," go to Question 6(d). If your answer to Question 6(c) is "No," STOP HERE, sign this Verdict Slip, and return to the courtroom.)

(d) Did the unfair or deceptive acts that the Defendant did cause injury or loss to the Plaintiff?

Yes _____ No _____

(If your answer to Question 6(d) is "Yes," go to Question 7. If your answer to Question 6(d) is "No," STOP HERE, sign this Verdict Slip, and return to the courtroom.)

7. In finding a violation of Massachusetts General Laws, Chapter 93A, you *may* award the Plaintiff double or triple the amount(s) awarded to the Plaintiff in response to Question 5; therefore, what amount of money do you award to the Plaintiff, as a result of the Defendant's violation of Massachusetts General Laws, Chapter 93A, which amount can be either double or triple the amount(s) awarded in response to Question 5?

$ None
Amount in Figures

Zero Dollars.
Amount in Words

(STOP HERE, sign this Verdict Slip, and return to the courtroom.)

Signature of Jury Foreperson

Robert E Shaughnessy JR

Printed Name of Jury Foreperson

August 24, 2010