**UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re
**ROBERT E. SPAGNUOLO, JR.,**
Debtor

Chapter 7
Case No. 11-10844-JNF

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**EDWINA BROOKE-PETIT,**
Plaintiff
v.
**ROBERT E. SPAGNUOLO, JR.,**
Defendant

Adv. P. No. 11-1290

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**ORDER**

Upon consideration of the Memoranda dated May 15, 2013, the Court grants the Plaintiff's Motion for Summary Judgment as to Count I of her original, two-count Complaint and denies the Defendant's Cross-Motion for Summary Judgment with respect to Count II of the Plaintiff's Complaint. The Court grants the Defendant's Motion to Dismiss Plaintiff's Amended Complaint as to Count II and denies the Motion to Dismiss Count I of the Amended Complaint as moot.

By the Court,

Joan N. Feeney

Joan N. Feeney
United States Bankruptcy Judge

Dated: May 15, 2013
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~