**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re
**ROBERT E. SPAGNUOLO, JR.,**
Debtor

Chapter 7
Case No. 11-10844-JNF

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**EDWINA BROOKE-PETIT,**
Plaintiff
v.
**ROBERT E. SPAGNUOLO, JR.,**
Defendant

Adv. P. No. 11-1290

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**ORDER**

In accordance with the Memorandum dated November 17, 2014 and the decision of the United States District Court for the District of Massachusetts in Spagnuolo v. Brooke-Petit, 506 B.R. 1, 3 (D. Mass. 2014), the Court concludes that the $250,000 jury damage award is attributable to the Debtor's fraud and is nondischargeable under 11 U.S.C. § 523(a)(2)(A).

By the Court,

Joan N. Feeney

Joan N. Feeney
United States Bankruptcy Judge

Dated: November 17, 2014
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~